IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:05-CR-96 |
| ) | (JORDAN/GUYTON) |
| V. ) | |
| ) | |
| LARRY DANIEL WALDO, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

The defendant Larry Daniel Waldo has withdrawn his pending motions based upon an agreement reached with the government [Doc. 80]. Accordingly, defendant's Motions **[Docs. 66, 68, 70, 72 and 75]** are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge